IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CODY A. STOTLER, #126091918,** §
§
Plaintiff, §
v. § Civil Action No. **3:16-CV-2858-L**
§
**JOHNSON COUNTY CORRECTIONS** §
**CENTER, et. al.,** §
§
Defendants. §

# ORDER

This *pro se* action was referred for judicial screening to United States Magistrate Judge Renee Harris Toliver, who entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on March 24, 2017. The Report recommends dismissing this action, as Plaintiff failed to state a cognizable claim upon which relief may be granted. Further, the Report recommends denying leave to amend, as it is not required when a *pro se* plaintiff cannot, as a matter of law, state a cognizable legal claim. Plaintiff filed an objection to the Report.

Plaintiff does not object to a specific finding in the Report. Instead, Plaintiff's objection only serves to reiterate his Complaint, which sought access to a law library at Johnson County Corrections Center. As stated in the Report, this is not a cognizable claim under 42 U.S.C. § 1983. As Plaintiff does not object to the findings or conclusions in the Report, his objection is overruled.

Having reviewed the motion, record, Report, and applicable law, and having conducted a *de novo* review of that portion of the Report to which Plaintiff objected, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the

**Order – Page 1**

court. Accordingly, the court **overrules** Plaintiff's objection to the Report, and **dismisses with prejudice** this action.

**It is so ordered** this 31st day of May, 2017.

*[signature]*
Sam A. Lindsay
United States District Judge